Case 1:13-cv-06902-PKC   Document 16-16   Filed 05/16/14   Page 1 of 32

10-11963-cgm 13-Doc 0693-BKC Filed 08/14/13-5Entered 08/14/13 10:27:26 Exhibit C
Pg 11 of 27

10-11963-cgm   Doc 3626-7   Filed 07/29/13   Entered 07/29/13 14:57:27   Exhibit F
Pg 11 of 26
SAINT VINCENTS CATHOLIC MEDICAL CTR 2010
SERVICE LIST



| Claim Name | Address Information |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| BROPHY, RONALD | 1740 84TH STREET BROOKLYN NY 11214 |
| | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
SAINT VINCENTS CATHOLIC MEDICAL           :   Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.[1]            :
                                          :   Jointly Administered
           Debtors.                       :
                                          :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
   Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not
   a party to the above-captioned action.

2. On April 27, 2012, I caused to be served the:

   a.  "Notice of Disclosure Statement Hearing," dated April 27, 2012, annexed hereto as
       Exhibit A, (the "DSHN") and

   b.  "Notice of Deadline for Filing of Administrative Expense Claims that Arose, Accrued, Or
       Otherwise Became Due and Payable On and Between June 1, 2011 and April 30, 2012,"
       dated April 27, 2012, annexed hereto as Exhibit B, (the "Admin Notice"),

by causing true and correct copies of the:

   a.  DSHN and Admin Notice, to be delivered via electronic mail to the Special Service
       List, parties identified on the annexed Exhibit C, and the General Service List, parties
       identified on the annexed Exhibit D,

   b.  DSHN and Admin Notice, to be enclosed securely in separate postage pre-paid
       envelopes and delivered via first class mail to the Special Service List, parties
       identified on the annexed Exhibit E, and the General Service List, parties identified
       on the annexed Exhibit F.

---

[1] In addition to SVCMC, the Debtors are as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc. There are certain affiliates of SVCMC who are not Debtors.

T:\Clients\SVZ\Affidavits\DSHN & Admin Bar Date 4-28-12.docx

3. Commencing on April 27, 2012 and completed on April 28, 2012, I caused the:

    a. DSHN and Admin Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties identified on the annexed Exhibit G,

    b. DSHN, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties identified on the annexed Exhibit H, and

    c. Admin Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to 1060 (one-thousand and sixty) parties.

4. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
3rd day of May, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

-2-

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

In re:                                          Chapter 11

SAINT VINCENTS CATHOLIC MEDICAL                 Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,

            Debtors.                            Jointly Administered

-------------------------------------------------------------- x

## NOTICE OF DISCLOSURE STATEMENT HEARING

TO:     ALL KNOWN HOLDERS OF CLAIMS AGAINST THE DEBTORS
        IN IN THE ABOVE-CAPTIONED CHAPTER 11 CASES

PLEASE TAKE NOTICE THAT:

On April 14, 2010, Saint Vincents Catholic Medical Centers of New York ("SVCMC") and certain of its affiliates, as Chapter 11 debtors and debtors in possession (collectively, the "Debtors")[1] commenced the above-referenced chapter 11 cases (the "Chapter 11 Cases") before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

On April 24, 2012, the Debtors filed the Disclosure Statement (as may be amended or modified, and including all exhibits thereto, the "Disclosure Statement")[2] for the Debtors' Joint Chapter 11 Plan (as may be amended, modified or supplemented in accordance with its terms, the "Plan")[3] with the Bankruptcy Court. The Debtors are submitting their Disclosure Statement pursuant to Section 1125 of the Bankruptcy Code for use in soliciting votes to accept their Plan.

A hearing is currently scheduled before the Honorable Cecelia G. Morris, Chief Bankruptcy Judge of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on May 17, 2012 at 11:00 a.m. (prevailing Eastern Time) (the "Disclosure Statement Hearing"), to consider, the Debtors' Motion for an Order (the "Disclosure Statement Approval Order") (i) Approving Disclosure Statement, (ii) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Chapter 11 Plan, (iii) Scheduling Hearing on Confirmation of the Plan, (iv) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (v) Granting Related Relief (the "Motion"). Please note that the Disclosure Statement Hearing may be continued by the Bankruptcy Court without further notice. The specific courtroom where the Disclosure Statement Hearing will take place will be disclosed prior to the Disclosure Statement Hearing and will be posted on the Debtors' bankruptcy website at http://www.svcmcrestructuring.com (the "Bankruptcy Website") and on the Bankruptcy Court's docket.

If you would like a copy of the Disclosure Statement Approval Order, the Disclosure Statement, the Plan or any related documents, please contact Epiq Systems, the notice, claims and solicitation agent retained by the Debtors in these Chapter 11 Cases (the "Epiq", by: (a) calling the Debtors' free bankruptcy hotline at (866) 778-1023; (b) visiting the Bankruptcy Website (where an electronic copy may be obtained free of charge); and/or (c) writing to Saint Vincents Catholic Medical Centers of New York (2010), c/o Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4834, New York, NY 10163-4834. You may also obtain copies of any pleadings filed in these Chapter 11 Cases (including the Motion, Disclosure Statement and the Plan) for a fee via PACER at: www.nysb.uscourts.gov.

---

[1] In addition to SVCMC, the Debtors are as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc., (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center, (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc. There are certain affiliates of SVCMC who are not Debtors.

[2] Capitalized terms used herein but not defined in this notice have the meanings set forth in the Motion (as defined herein), which is filed on the Debtors' bankruptcy court's docket contemporaneously herewith and available free of charge on the Debtors' bankruptcy website at http://www.svcmcrestructuring.com or from Epiq (as defined herein). A copy of the Motion may also be obtained for a fee via PACER at: www.nysb.uscourts.gov.

[3] A copy of the Plan was filed as Exhibit A to the Disclosure Statement.

Any objections to the adequacy of information contained in the Disclosure Statement or any other relief sought pursuant to the Motion or the Disclosure Statement Approval Order (collectively, the "**Objections**") must: (a) be in writing and conform to the applicable provisions of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York; (b) state the name of the objector, and the nature and amount of the Claims or other interest against the Debtors held by such party; (c) state with particularity the basis and nature of any objection and include, where appropriate, proposed language to be incorporated into the Disclosure Statement to resolve any such objection or response; (d) be filed electronically with the Bankruptcy Court, with a hard copy delivered to chambers, and be simultaneously served on the following parties so as to be actually received by no later than May 10, 2012 at 4:00 p.m. (prevailing Eastern Time): (i) Counsel to the Debtors, c/o Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Kenneth H. Eckstein, Esq., Adam C. Rogoff, Esq., P. Bradley O'Neill, Esq., and Gregory G. Plotko, Esq.; (ii) counsel for the Official Committee of Unsecured Creditors, c/o Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn: David Botter, Esq. and Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, Texas 75201-4624, Attn: Sarah Link Schultz, Esq.; (iii) General Electric Capital Corporation, as Agent for itself and TD Bank, N.A., c/o Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4193, Attn: David Neier, Esq., and Winston & Strawn LLP, 101 California Street, San Francisco, California 94111, Attn: Randy Rogers, Esq.; and (iv) Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Serene Nakano, Esq.

If an Objection is not filed and served in accordance with this notice, the objecting party shall be barred from objecting to the approval of the Motion, the Disclosure Statement, or the Disclosure Statement Approval Order and shall not be heard at the Disclosure Statement Hearing, to the fullest extent permitted under the Bankruptcy Code, Bankruptcy Rules and Local Rules.

Except as otherwise ordered by the Bankruptcy Court, upon entry of the Disclosure Statement Approval Order, the Debtors will cause the Disclosure Statement and the other material approved by the Disclosure Statement Approval Order for soliciting votes on the Plan to be served on all parties-in-interest entitled to vote on the Plan as set forth in the Order.

---

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE,
PLEASE CONTACT EPIQ AT THE DEBTORS'
FREE BANKRUPTCY HOTLINE AT (866) 778-1023.**

**PLEASE NOTE THAT EPIQ IS NOT AUTHORIZED TO PROVIDE,
AND WILL NOT PROVIDE, LEGAL ADVICE.**

---

Dated    New York, New York
    April 27, 2012

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Adam C. Rogoff
Kenneth H. Eckstein
Adam C. Rogoff
P. Bradley O'Neill
Gregory G. Plotko
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Counsel for Debtors and Debtors in Possession*

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

.................................................................... X
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
SAINT VINCENTS CATHOLIC MEDICAL                                    :   Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.,                                       :
                                                                   :
                                Debtors.                           :   Jointly Administered
                                                                   :
.................................................................... X

### NOTICE OF DEADLINE FOR FILING OF ADMINISTRATIVE EXPENSE CLAIMS THAT AROSE, ACCRUED, OR OTHERWISE BECAME DUE AND PAYABLE ON AND BETWEEN JUNE 1, 2011 AND APRIL 30, 2012

TO ALL CREDITORS, PARTIES IN INTEREST AND GOVERNMENTAL UNITS THAT MAY HAVE AN ADMINISTRATIVE EXPENSE CLAIM AGAINST SAINT VINCENTS CATHOLIC MEDICAL CENTERS OF NEW YORK ("SVCMC") OR ITS AFFILIATED ENTITIES[1] (COLLECTIVELY, THE "DEBTORS") THAT ARE ALSO DEBTORS AND DEBTORS IN POSSESSION.

PLEASE TAKE NOTICE, that the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has entered an order dated April 27, 2012 [Docket No. 2860] (the "Second Administrative Bar Date Order") establishing May 22, 2012 at 4:00 p.m. (prevailing Eastern Time) (the "Second Administrative Bar Date") as the last date and time for certain persons or entities (including, without limitation, individuals, partnerships, joint ventures, corporations, estates, and trusts) to file requests for allowance and payment of administrative claims against the Debtors for the period from June 1, 2011 through April 30, 2012 (the "Second Administrative Expense Period"), including claims entitled to priority in accordance with sections 503(b) and 507(a) of the Bankruptcy Code (the "Administrative Expense Claims"). Such Administrative Expense Claims will be deemed filed only when they are actually received. With respect to any Administrative Expense Claims that arose, accrued, or otherwise became due and payable on or after May 1, 2012, the Court will fix a supplemental bar date. You will receive notice of that date at a later time.

1.   WHO MUST FILE A PROOF OF ADMINISTRATIVE CLAIM

If you have an administrative expense claim that: (a) arose under 11 U.S.C. §§ 503(b) and 507(a)(1), (b) between June 1, 2011 and April 30, 2012, and (c) is not one of the types of claims described in section 2 below, you MUST timely file a request for allowance and payment of such claims to share in distributions from the Debtors' bankruptcy estate. Administrative expense claims based on acts or omissions of the Debtor that occurred between June 1, 2011 and April 30, 2012, must be filed on or prior to the Second Administrative Bar Date even if such claims are not now fixed, liquidated or certain, or did not mature or become fixed or liquidated or certain before April 30, 2012.

Under 11 U.S.C. § 101(5) and as used herein, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

11 U.S.C. § 503 defines administrative expense claims, in part, as "all necessary costs and expenses" of preserving the debtor's estate, including wages, salaries and commissions (and any taxes withheld from such wages, salaries or commissions)." If you: (a) supplied goods or services to the Debtor, (b) during the period from June 1, 2011 through April 30, 2012, and (c) have not been paid for those goods or services, then you may have an administrative claim. If you provided goods or services before April 14, 2010, then you do not have an administrative claim for those goods or services. If you provided goods or services between April 15, 2010 and May 31, 2011, you may not file an administrative claim. Please consult your legal advisor if you have any uncertainty as to whether your proposed claim may constitute an administrative claim. The preceding explanation is intended to provide guidance, not to serve as legal advice.

2.   ENTITIES THAT DO NOT NEED TO FILE A PROOF OF ADMINISTRATIVE CLAIM

[1] In addition to SVCMC, the Debtors are as follows: (i) 555 6th Avenue Apartment Operating Corporation; (ii) Bishop Francis J. Mugavero Center for Geriatric Care, Inc.; (iii) Chait Housing Development Corporation; (iv) Fort Place Housing Corporation; (v) Pax Christi Hospice, Inc.; (vi) Sisters of Charity Health Care System Nursing Home, Inc. d/b/a St. Elizabeth Ann's Health Care & Rehabilitation Center; (vii) St. Jerome's Health Services Corporation d/b/a Holy Family Home; and (viii) SVCMC Professional Registry, Inc. There are certain affiliates of SVCMC who are not Debtors.

Notwithstanding the foregoing, at this time, you need not file a proof of administrative claim on or before the Second Administrative Bar Date if you are:

(a)     Any person or entity that holds an Administrative Expense Claim that has been allowed by an order of the Bankruptcy Court entered on or before the Second Administrative Bar Date;

(b)     Any holder of an Administrative Expense Claim which accrued during the Second Administrative Expense Period who, prior to the Second Administrative Bar Date, already filed a proof of Administrative Expense Claim with the Clerk of the Bankruptcy Court;

(c)     Any Administrative Expense Claim held by the Office of the United States Trustee under section 1930(a)(6) of title 28, United States Code;

(d)     Any professionals retained by the Debtors or the unsecured creditors committee under Court order pursuant to sections 327, 328, 330, 331, 332, 353, or 1103 of the Bankruptcy Code;

(e)     Any Administrative Expense Claim held by General Electric Capital Corporation or any other party arising out of the DIP credit agreement or the prepetition credit agreement under which General Electric Capital Corporation served as agent;

(f)     Any postpetition claims of vendors arising in the ordinary course of business with the Debtors relating to the Debtors' operations in connection with the US Family Health Plan;

(g)     Any Administrative Expense Claim held by the Debtors' officers, directors, and crisis managers; and

(h)     Any Manhattan Hospital Tail Claim or Westchester Hospital Tail Claim.[2]

THE SECOND ADMINISTRATIVE BAR DATE ALSO DOES NOT APPLY TO CLAIMS THAT AROSE BEFORE APRIL 14, 2010 OR BETWEEN APRIL 15, 2010 AND MAY 31, 2011. IF YOUR CLAIM AROSE BEFORE APRIL 14, 2010 OR BETWEEN APRIL 15, 2010 AND MAY 31, 2011, THIS NOTICE DOES NOT AFFECT YOU, AND YOU DO NOT NEED TO FILE AN ADMINISTRATIVE PROOF OF CLAIM FORM.

YOU SHOULD NOT FILE AN ADMINISTRATIVE PROOF OF CLAIM FORM IF YOU DO NOT HAVE AN ADMINISTRATIVE CLAIM AGAINST THE DEBTORS, OR IF THE ADMINISTRATIVE CLAIM YOU HELD AGAINST THE DEBTORS HAS BEEN PAID IN FULL.

THIS NOTICE IS BEING SENT TO MANY PERSONS AND ENTITIES THAT HAVE HAD SOME RELATIONSHIP WITH OR HAVE DONE BUSINESS WITH THE DEBTORS BUT MAY NOT HAVE AN UNPAID ADMINISTRATIVE CLAIM AGAINST THE DEBTORS. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.

3       WHEN AND WHERE TO FILE

Except as provided for herein, all original Administrative Proof of Claim Forms (and, where necessary, accompanying documentation) must be filed so as to be received on or before May 22, 2012, at 4:00 p.m. (prevailing Eastern Time), at the following address:

| IF SENT BY FIRST-CLASS MAIL: | IF BY HAND DELIVERY OR OVERNIGHT MAIL: |
| --- | --- |
| Saint Vincents Catholic Medical Centers of New York (2010) - Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC Grand Central Station, P.O. Box 4834 New York, NY 10163-4834 | Saint Vincents Catholic Medical Centers of New York (2010) - Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC 757 Third Avenue, 3rd Floor New York, NY 10017 |

4.      WHAT TO FILE

---

[2] A Tail Claim shall have the meaning ascribed to it in the settlement establishing the Tail Fund approved by the Court on October 29, 2010 [Docket No. 1866] and the settlement establishing the Westchester Tail Fund approved by the Court on September 22, 2011 [Docket No. 2037].

All requests for allowance and payment of administrative claims must include all documents establishing the alleged claimant's right to such administrative claim and all corresponding documents proving the administrative nature of the claim. Administrative Expense Claim forms may be obtained from SVCMC's website at http://www.svcmcrestructuring.com or by calling 866-778-1023.

Any holder of an Administrative Expense Claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and all holders of claims must identify on their proof of claim the specific Debtor against which their claim is asserted. A list of the names of the Debtors and their respective case numbers appears at the end of this Notice.

> 5.     CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE CLAIM BY THE SECOND ADMINISTRATIVE CLAIMS BAR DATE

Except with respect to claims of the type set forth in section 2 above, any holder of an administrative claim who fails to properly file a request for allowance and payment of such administrative claim, with appropriate supporting documentation, on or before the Administrative Claim Bar Date for any Administrative Claim against the Debtors will be forever barred, estopped, and enjoined from asserting such claim against the Debtor, its estate or its property, and the Debtor's estate, and its property will be forever discharged from any and all indebtedness or liability with respect to such claim, and the potential claimant shall not be permitted to participate in any distribution in the Debtors' Chapter 11 Cases on account of such claim or to receive further notices regarding such claim.

> 6.     The Debtors reserve the right to dispute, or to assert offsets or defenses against, any filed Administrative Proof of Claim as to nature, amount, liability, priority, classification or otherwise.

A CLAIMANT SHOULD CONSULT AN ATTORNEY REGARDING ANY INQUIRIES, SUCH AS WHETHER SUCH CLAIMANT SHOULD FILE AN ADMINISTRATIVE PROOF OF CLAIM.

Questions concerning this Notice should be directed to the Debtors' claims agent, Epiq Systems at 866-778-1023.

Dated:     April 27, 2012
           New York, New York

BY ORDER OF THE COURT

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Kenneth H. Eckstein
Adam C. Rogoff
P. Bradley O'Neill
Gregory G. Plotko
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
*Counsel for Debtors and Debtors in Possession*

SAINT VINCENTS CATHOLIC MEDICAL CTR 2010
SERVICE LIST



| Claim Name | Address Information |
| --- | --- |
| BROPHY, RONALD | 1740 84TH STREET BROOKLYN NY 11214 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:                                          : Chapter 11
                                                :
SAINT VINCENTS CATHOLIC MEDICAL                 : Case No. 10-11963 (CGM)
CENTERS OF NEW YORK, et al.                     :
                                                : Jointly Administered
              Debtors.                          :
                                                : Ref. Docket Nos. 3067 & 3069
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
   Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not
   a party to the above-captioned action.

2. On July 3, 2012, I caused to be served the following:

   a) "Notice of Entry of Order Confirming Debtors' Second Amended Joint Chapter 11 Plan,"
      dated June 29, 2012 [Docket No. 3067], and

   b) "Notice of Effective Date of the Debtors' Second Amended Joint Chapter 11 Plan," dated
      June 29, 2012 [Docket No. 3069],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid
   envelopes and delivered via first class mail to those additional parties identified on the
   annexed Exhibit A.

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED; PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
3rd day of July, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

EXHIBIT A

Case 1:13-cv-06902-PKC   Document 16-16   Filed 05/16/14   Page 15 of 32

10-11963-cgm  Doc 6953-BK Filed 06/04/14  13-5 Entered 08/04/13 Page 10 of 57 Exhibit C
Pg 25 of 27

10-11963-cgm   Doc 3626-7   Filed 07/29/13   Entered 07/29/13 14:57:27   Exhibit F
Pg 26 of 26
SERVICE LIST

| Claim Name | Address Information |
|---|---|



BROPHY, RONALD    1700 84TH STREET BROOKLYN NY 11214

## EXHIBIT G

### June 7 Letter

A K I N   G U M P
S T R A U S S   H A U E R   &   F E L D L L P

_____ *Attorneys at Law*

SARAH LINK SCHULTZ
214.969.4367/dix  214.969.4343
slschultz@akingump.com

June 7, 2013

<u>VIA EMAIL AND OVERNIGHT DELIVERY</u>

Sheryl R. Menkes
325 Broadway, Suite 504
New York, New York 10007

Re:     *Elaine Garvey, administratrix of the Estate of Ronald Brophy, deceased v. Lutheran
        Medical Center, et al*
        <u>Index No.: 218-2013</u>

Dear Ms. Menkes:

        I write in response to your email communications dated June 5 and 6, 2013 and as a
follow up to my correspondence dated April 30, 2013. As set forth in detail in my previous
correspondence and as discussed over the past several days, the Liquidating Trustee requests that
your client immediately withdraw the above-entitled suit (the "<u>Litigation</u>") against SVCMC and
Holy Family Home and provide evidence of such withdrawal no later than Wednesday, June 12,
2013. Time is of the essence.

        If your client refuses to withdraw the Litigation, the Liquidating Trustee intends to
proceed against your client and enforce the Liquidating Trust's rights under the automatic stay
and plan injunction, including by seeking injunctive relief and seeking to hold your client in civil
contempt. A copy of the motion that the Liquidating Trustee intends to file should you fail to
comply with our request for withdrawal is enclosed. To the extent that the Liquidating Trustee
obtains a contempt judgment, the Bankruptcy Court may impose compensatory damages,
attorneys' fees, court costs, and punitive damages.

        Please contact me at (214) 969-4367 if you have any questions regarding this matter.

                                        Sincerely,

                                        Sarah Link Schultz

cc:     Eugene I. Davis, Liquidating Trustee, SVCMC Liquidating Trust
        Jennifer Coffey, General Counsel, Post-Effective Date SVCMC

EXHIBIT D

Initial Assessment of Ronald Brophy



Saint Vincent
Catholic Medical
Centers

HOLY FAMILY HOME
DEPARTMENT OF THERAPEUTIC RECREATION

Brophy, Ronald

410

[✓] Initial Assessment   [ ] Annual Assessment   [ ] Significant Change

Name: Ronald Brophy                          Admission Date: 3/25/10
Marital Status: *Widowed*   Religion: *Catholic*   Language(s): *English*
Children: *Daughter*        Occupation:
Birthplace:                 Diet: *Puree ② Tomato ⓪ Orange NCS NAS*
Psychotropic Medication(s): *Seroquel*
Allergies: *?TKI?*                                      [ ] DNR [ ] HCP
Diagnosis: *Dementia, Dyscrasia, Arthritis, Diabetic Neuropathy,*
*HIV, I.F.B. Sepsis, ↑ Cholesterol, Glaucoma*

COGNITION
                [✓] Alert        [ ] Lethargic    [✓] Confusion Present   [✓] Forgetful
Orientation:    [✓] Person 20%   [ ] Place        [ ] Time                [ ] Disoriented/Unable to Assess
                [ ] Given Choices within field of: (please circle)   2    3    4
Functional Decision Making:     [ ] Independent        [ ] Modified Independence   [✓] Moderately Impaired
                                [ ] Severely Impaired    Corresponding Mini Mental Score: _____
Long-Term Memory:    [ ] Intact    [ ] Fair    [✓] Poor
Short-Term Memory:   [ ] Intact    [ ] Fair    [✓] Poor
Attention:           [ ] Intact    [✓] Fair    [ ] Poor-Redirectable?   [ ] Yes  [ ] No
Redirection/Cuing:   [ ] Minimum   [✓] Moderate   [ ] Maximum   [ ] N/A
Step commands:       [ ] None      [✓] 1 step   [✓] 2-3 Steps   [ ] 4+ Steps

COMMUNICATION
Speech:      [✓] Adequate           [ ] Unintelligible      [ ] Non-verbal        [ ] Apraxia
             [ ] Writes to Communicate      [ ] Expressive Aphasia    [ ] Receptive Aphasia
             [ ] Communication Board      [ ] Other: _____
Hearing      [✓] Adequate    [ ] Impaired    [ ] HOH    [ ] Deaf    [ ] Utilizes Amplifier
             [ ] Utilizes Hearing Aide - [ ] R  [ ] L
Vision:      [✓] Adequate    [ ] Impaired    [ ] Glasses    [ ] Legally Blind    [ ] Blind

EMOTIONAL STATUS

| Resident expresses feelings of: | Yes | No | Comments |
|---|---|---|---|
| Anger | | ✓ | |
| Anxiety | | ✓ | |
| Apathy | | ✓ | |
| Contentment | | ✓ | |
| Mental Distress | | ✓ | |
| Pain | | ✓ | |
| Sadness | | ✓ | |

Resident exhibits the following:        [ ] Flat Affect    [ ] Easily Agitated    [ ] Crying    [✓] N/A
Does Resident have family support?      [✓] Yes    [ ] No
Orientation was provided                [✓] Yes    [ ] No

<u>EXHIBIT E</u>

Discharge Summary

HOLY FAMILY HOME

DISCHARGE SUMMARY*                    D.O.A.:

                                      D.D.:

*Ronald Brophy*
NAME                    *B0077*
                        RECORD #            *Dr. Martinelli*
                                            PHYSICIAN

* Must be completed for all residents who have left HFH for whatever
reason if there is no bed hold in effect.

Admission Diagnosis(s): in effect upon admission to HFH

Subsequent Diagnosis(s): significant events after admission to HFH.

Clinical Course:    treatment, response, etc.

Final Disposition:

    [ ]   Discharged to community

    [X]   Transferred to   *Hospital*   *Pt Expired*

    [ ]   Expired at HFH

    [ ]   Other

                    _____
                    Attending Physician              Date

☐ Bains Majestic Center for Garette Care   ☐ St. Elizabeth Ann Health Care A Rehabilitation Center

☐ Italy Family Home

Centers

*Brophey*                    *Ronald*
*410*

## INTERDISCIPLINARY PROGRESS NOTES

ALL ENTRIES MUST HAVE A SIGNATURE AND TITLE

| Date/Time | Dis | CC# | Progress Note |
|-----------|-----|-----|---------------|
| 0/6/10 | NSG | 8am | Trans: Lethargy / Transfer. During morning round and S/S res was noted to be lethargic and unresponsive to verbal/tactile stimuli, V/S taken P99 R54 T BP 60/28 Ø sat 9? MD was called a message was left on voice mail, supervisor was called as well as family and Dr. Calamera. Res was sent to MMC ā 2Midwood ambulance per ___. _____ L.P.N. |
| 0/7/10 | SW | | Hospitalization. Mr. Brophey was transferred to MMC on 6/6/10 with lethargy. His family was notified & is aware of bed hold policy. ___ H. Richter MSW |

EXHIBIT F

Admissions Information



Saint Vincent
Catholic Medical
Centers

Rory Family Home
1740 84th Street
Brooklyn, NY 112142825

Time: 9:45 AM
I.D. #: 1113665
Billing Type: MEDICAID
Eligible MC: Part A: N  Part B: N  Part D: N
Social Security #: 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
MCR #:
MA/CIN #:

Other Insurance:

Policy #:
PDP:
PDP ID#:

Ronald Brophy
Bed: 4-410
Medical Record #: 030071
Birth Date: 12/20/1931  Age: 78
Sex: M
Race: White
Religion: CATHOLIC
Marital Status: Married
Occupation:
English Primary: Yes
Original Admit Date: 03/25/2010

Resident Address:

County:
Tel:

## Admission Information

038.9 SEPTICEMIA NOS

Admitted From: Augustana
Physician: Donald MARTINELLI
Address: 8306 13th Avenue   Brooklyn, NY 11228

Alternate Physician
Address:

Other
Address:

Dates: From: 02/01/2010 To: 03/05/2010
Tel: 718-833-6161                     Tel 2:

Tel:                                  Tel 2:

Tel:                                  Tel 2:

## Contact Information

Next of Kin: Garvey, Elaine
Address:

Other Contact:
Address:

Resp. for Account: Brophy, Waltraud
Address: 360 68 Street
Brooklyn, NY 11220

Relation: Daughter
Home Phone: 212 496 7231
Business Phone: 212 446 4800
Cell Phone: 646 387 1644

Relation:
Home Phone:
Business Phone:
Cell Phone:

Relation: SPO
Home Phone: 718 680 2499
Business Phone:
Cell Phone:

## Funeral Arrangements

Funeral Home:
Address:

Telephone:

## Special Instructions

Allergies:

## Advanced Directives

Health Care Proxy:
Organ Donor:
Living Will:

## Discharge Information

Discharge Date:
Discharge Disposition: Home [ ]          Name
Discharge Diagnostic:

EXHIBIT G

Requests for Medical Records

SHERYL R. MENKES
ATTORNEY AT LAW

319 Broadway                                                    (212) 285-0900
4th Floor                                                       --------
New York, NY 10007                                             FAX (212) 658-9408

July 23, 2010

Holy Family Home
Medical Records Department
1740 84th Street
Brooklyn, New York 11214

                         RE: Ronald Brophy
                         DOB 12/20/31
                         SS#: 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
                         Dates of Treatment 3/25/10-5/24/10; 5/27/10-6/6/10
                         Date of Death 6/13/10/

ar Sir or Madam:

        We have been retained by Elaine Garvy, daughter of Ronald Brophy, to investigate claims of nursing home abuse and neglect that occurred to Ronald Brophy when he was a resident at your facility.

        In order to protect our client's interests it is necessary for you to provide us with the full and complete records of treatment from **3/25/10-5/24/10 and 5/27/10-6/6/10**, without any omissions.

        **PURSUANT TO NY PUBLIC HEALTH LAW SECTION 18-1(g) and 18-2(a) a qualified person can obtain a copy of a decedent's medical records. A distributee such as Elaine Garvy is a qualified person. Accordingly, enclosed please find a duly executed authorization for the release of Mr. Brophy's medical records as well as a copy of his death certificate.**

        Please do not delay in your response to this request because such a delay will be highly prejudicial to our client's rights and, in some instances, result in the total loss of those rights.

                              Very truly yours,

                              Sheryl R. Menkes



OCA Official 1  Form No.: 960

AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| RONALD BROPHY | 12/20/31 | 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 |

Patient Address: HOLY FAMILY Home 1740 84th St Bklyn NY 11214 260 44th Ave BKLYN

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form.

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without my authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:
HOLY FAMILY Home 1740 84th 12 BkLyw NY 11214

8. Name and address of person(s) or category of person to whom this information will be sent:
Sheri R Menkes Attorney 3/9 Broadway 14th FI NYC 10007

9(a). Specific information to be released:
☑ Medical Record from (insert date) _____ to (insert date) _____
☐ Entire Medical Record, including patient history, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other _____

DOS
3/25/107 5 AM/0
5/27/10 -6/6/10

Include: (Indicate by initialing)
_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information
(b) ☐ By initialing here _____ I authorize
Initials
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
Name of individual health care provider
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: LITIGATION | 11. Date or event on which this authorization will expire: 7/23/11 |
|---|---|
| 12. If not the patient, name of person signing form: Elaine Barry | 13. Authority to sign on behalf of patient: Daughter D/Strbutec |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Elaine Barry
Signature of patient or representative authorized by law.

Date: 7/23/10

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

# EXHIBIT E

## SHERYL R. MENKES
### ATTORNEY AT LAW

319 Broadway
4th Floor
New York, NY 10007

(212) 285-0900
--------
FAX (212) 658-9408

September 21, 2010

St. Vincent's Catholic Medical Center
153 West 11th Street
New York New York 10011
Attn: Medical Records

RE: Ronald Brophy
DOB 12/20/31
SS#: 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
Dates of Treatment Holy Family Home 3/25/10-5/24/10;
Date of Death 6/13/10

Dear Sir or Madam:

We have been retained by Elaine Garvy, daughter of Ronald Brophy, to investigate claims of nursing home abuse and neglect that occurred to Ronald Brophy when he was a resident at Holy Family Home on the above dates.

We have been advised that Holy Family Home Medical Records are being retained by St. Vincent's Catholic Medical Center.

In order to protect our client's interests it is necessary for you to provide us with the full and complete records of treatment from **3/25/10-5/24/10 and 5/27/10-6/6/10**, without any omissions.

**PURSUANT TO NY PUBLIC HEALTH LAW SECTION 18-1(g) and 18-2(a) a qualified person can obtain a copy of a decedent's medical records. A distributee such as Elaine Garvy is a qualified person. Accordingly, enclosed please find a duly executed authorization for the release of Mr. Brophy's medical records as well as a copy of his death certificate.**

Please do not delay in your response to this request because such a delay will be highly prejudicial to our client's rights and, in some instances, result in the total loss of those rights.

Very truly yours,

Sheryl R. Menkes



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | | Date of Birth | Social Security Number |
|---|---|---|---|
| RONALD BROPHY | med rec# Bed # 030077 4-410 | 12/20/31 | 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 |

Patient Address
HOLY FAMILY Home 1740 84 ST Bklyn NY 11214

I, or my authorized representative, request that health information regarding my care and treatment be released as set fort h  on this form.
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA). I understand that.

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTA L. HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place  my initials on the appropriate line in Item 9(a).  In the event the health informat on described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under Federal or  state law.  I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization.  If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450.  These  agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below.  I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or  eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item  2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:
St Vincents Catholic Medical Center 153 W 11th St NYC 10011

8. Name and address of person(s) or category of person to whom this information will be sent:
Sheryl Menk- Attorney 319 Broad Way 6th Floor NYC 10007

9(a). Specific information to be released:
☒ Medical Record from (insert date) _____ to (insert date) _____
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records and records sent to you by other health care providers.

☐ Other _____ Include: (Indicate by initialing)
_____ _____ Alcohol/Drug Treatment
_____ 5/1/10 → 5/24/10 _____ Mental Health Information
_____ 5/27/10 → 6/6/10 _____ HIV-Related Information

Authorization to Discuss Health Information
(b) ☐ By initialing here _____ authorize _____
                                    Initials           Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

10. Reason for release of information:
☐ At request of individual
☒ Other LITIGATION

11. Date or event on which this authorization will expire:
9/21/11

12. If not the patient, name of person signing form:
Elaine Garvy

☐ Authority to sign on behalf of patient:
Distributee Daughter

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form

Signature of patient or representative authorized by law.     Date: 9/21/10

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

## SHERYL R. MENKES
### ATTORNEY AT LAW

319 Broadway
4ᵗʰ Floor
New York, NY 10007

(212) 285-0900
--------
FAX (212) 658-9408

October 18, 2010

St. Vincent's Catholic Medical Center
153 West 11ᵗʰ Street
New York New York 1001?
Attn: Medical Records

### SECOND REQUEST

RE: Ronald Brophy
DOB 12/20/31
SS#: 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
Dates of Treatment Holy Family Home 3/25/10-5/24/10;
Date of Death 6/13/10

Dear Sir or Madam:

We have been retained by Elaine Garvy, daughter of Ronald Brophy, to investigate claims of nursing home abuse and neglect that occurred to Ronald Brophy when he was a resident at Holy Family Home on the above dates.

We have been advised that Holy Family Home Medical Records are being retained by St. Vincent's Catholic Medical Center.

In order to protect our client's interests it is necessary for you to provide us with the full and complete records of treatment from 3/25/10-5/24/10 and 5/27/10-6/6/10, without any omissions.

**PURSUANT TO NY PUBLIC HEALTH LAW SECTION 18-1(g) and 18-2(a) a qualified person can obtain a copy of a decedent's medical records. A distributee such as Elaine Garvy is a qualified person. Accordingly, enclosed please find a duly executed authorization for the release of Mr. Brophy's medical records as well as a copy of his death certificate.**

Please do not delay in your response to this request because such a delay will be highly prejudicial to our client's rights and, in some instances, result in the total loss of those rights.

Very truly yours,

Sheryl R. Menkes



OCA Official Form No: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**
[This form has been approved by the New York State Department of Health]

| Patient Name | medrecords Redit | Date of Birth | Social Security Number |
|---|---|---|---|
| RONALD BROPHY 03077 /9-410 | | 12/20/31 | 11-26-4906 |

Patient Address
Holy Family Home 1740 84th St BKLN NY 11214    Home Address 2606 5th St Bklyn NY 11223C

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth in on this form, in accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA). I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information
St Vincents Medical Center     153 W.11 th St - NYC   10011

8. Name and address of person(s) or category of person to whom this information will be sent:
Sheryl Menkes 319 Broadway LL#A NYC 10007

9(a). Specific information to be released:
O Medical Record from [insert date] _____ to [insert date] _____
X Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

□ Other: _____

DOS!
3/6/10 – 5/24/10   EG     Include: (indicate by initialing)
5/27/10 – 6/16/10  EG     _____ Alcohol/Drug Treatment
                          EG    _____ Mental Health Information
                          EG    _____ HIV-Related Information

Authorization to Discuss Health Information
(b) □ By initialing here _____ I authorize _____
                Initials              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

10. Reason for release of information:
O At request of individual
X Other: LITIGATION

11. Date or event on which this authorization will expire:
10/18/11

12. If not the patient, name of person signing form:
Elaine Garvey

13. Authority to sign on behalf of patient:
DISTRIBUTEE

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.     Date: 10/18/10

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.